IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE:    RISA RUBON,                    CASE NO: 5:03-bk-76478 B/B
                    Debtor                              CHAPTER 13

### ORDER DISMISSING CASE

COMES NOW the Court, and finds that an Order was entered in the above styled case on December 22, 2008, which required the Debtor to pay off her chapter 13 plan within sixty (60) days of entry of the Order. The Order further provided that the case was to be dismissed if the case was not completed. According to the Trustee's records, the plan has not been completed. Therefore, the case should be and hereby is **DISMISSED** for failure of the Debtor to comply with this Court's Order of December 22, 2008.

**IT IS SO ORDERED.**

*[signature: Ben Barry]*

———————————————————————
THE HONORABLE BEN T. BARRY
UNITED STATES BANKRUPTCY JUDGE

September 15, 2009

cc:   Risa Rubon, Debtor
      Jack & Holly Martin, Attorney for Debtor
      Joyce Bradley Babin, Chapter 13 Trustee
      U.S. Trustee

EOD  9/15/2009
by L Williams